HAROLD FAVORS v. STATE OF NEW JERSEY, NEW JERSEY
COLLEGE OF MEDICINE & DENTISTRY.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CARBONNEL.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID O. FRITZ.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DUNN.

September 7, 1983.

Petition for certification denied.